UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEAMSTERS LOCAL 439,<br><br>Plaintiff,<br><br>v.<br><br>LEPRINO FOODS COMPANY,<br><br>Defendant. | No. 2:18-cv-0280-MCE-CKD<br><br><br><br>**ORDER** |

On June 8, 2018, this Court filed a Memorandum and Order (ECF No. 9) granting Defendant's Motion to Dismiss (ECF No. 5) with leave to amend within twenty (20) days. The Court expressly advised Plaintiff that "[i]f no amended complaint [was] timely filed, this action [would] be deemed dismissed with prejudice upon no further notice to the parties." Id. at 5. No amended complaint has been filed, and this action is hereby DISMISSED with prejudice. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: July 18, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1